UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case No. 10-60017-CIV-Gold**
L.T. Nos. 08-10928-JKO & 08-01435-JKO

In re:
TOUSA, INC., *et al.*,

        Debtors.

---

3V CAPITAL MASTER FUND LTD., *et al.*,

        Appellants,

v.

OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TOUSA, INC.,

        Appellees,

and

TOUSA, INC., *et.al.*,

        Appellees.

# APPELLANTS' UNOPPOSED MOTION TO STAY APPEAL OR FOR AN ENLARGEMENT OF TIME

**AKERMAN SENTERFITT**

Pursuant to Local Rules 7.1 and 87.4(E), Defendants/Appellants (collectively, the "Senior Transeastern Lenders")[1] request that the Court stay the briefing schedule in this complex bankruptcy appeal. Alternatively, the Senior Transeastern Lenders move for an enlargement of time to submit their Initial Brief, which currently is due on January 19, 2010.

In support of their motion, Appellants state:

1. This Appeal arises from an adversary action (the "Adversary Action") brought by appellee the Official Committee of Unsecured Creditors of TOUSA, Inc. (the "Committee"), against the Senior Transeastern Lenders and other Defendants.[2]

2. This Appeal was docketed in this Court on January 5, 2010.[3]

---

[1] The Senior Transeastern Lenders, for the purpose of this Motion, are: 3V Capital Master Fund Ltd.; Atascosa Investments, LLC; Aurum CLO 2002-1 Ltd.; Bank of America, N.A.; Bear Stearns Investment Products Inc.; Burnet Partners, LLC; Deutsche Bank Trust Company Americas; Flagship CLO III; Flagship CLO IV; Flagship CLO V; Gleneagles CLO Ltd.; Goldman Sachs Credit Partners, L.P.; Grand Central Asset Trust, CED Series; Grand Central Asset Trust, HLD Series; Grand Central Asset Trust, SOH Series; Hartford Mutual Funds, Inc., on behalf of The Hartford Floating Rate Fund by Hartford Investment Management Company, their Sub-Advisor; Highland CDO Opportunity Fund, Ltd.; Highland Credit Opportunities CDO Ltd.; Highland Floating Rate Advantage Fund; Highland Floating Rate LLC; Highland Legacy Limited; Highland Offshore Partners, L.P.; JPMorgan Chase Bank, N.A.; Jasper CLO, Ltd.; LL Blue Marlin Funding LLC; Liberty CLO, Ltd.; Loan Funding VII, LLC; Merrill Lynch Credit Products LLC; Monarch Master Funding Ltd (f/k/a Quadrangle Master Funding Ltd.); Ocean Bank; Rockwall CDO, Ltd.; Silver Oak Capital LLC; Stedman CBNA Loan Funding LLC; The Foothills Group, Inc.; Van Kampen Dynamic Credit Opportunities Fund; Van Kampen Senior Income Trust; Van Kampen Senior Loan Fund; and Wells Fargo Bank, N.A.

[2] The main bankruptcy action is Case No. 08-10928-JKO; the Adversary Action is Adv. No. 08-01435-JKO.

3. On the same date, two other related appeals, both arising from the same order in the Adversary Action, were docketed in this Court. *See* Case Nos. 10-60018-CIV-Altonaga & 10-60019-CIV-Jordan.

4. Pursuant to Federal Rule of Bankruptcy Procedure 8009(a)(1), Appellants are required to serve and file their Initial Brief within 14 days after the docketing of the appeal. The Initial Briefs in all three related Appeals (collectively, the "Related Appeals"), therefore, are due on January 19, 2010.

5. In this case (No. 10-60017), Appellants and appellees TOUSA, Inc. and certain related debtors (collectively, the "Debtor Appellees") recently filed Notices of Pendency of Other Actions, notifying the Court about the other two Related Appeals[4].

6. In addition, similar Notices of Pendency were filed by the appellants in the other two Related Appeals (Nos. 10-60018 & 10-60019).[5]

7. The Committee also filed a Notice of Related Actions, in which it indicated its intent to file motions to stay, or in the alternative to dismiss, all three Related

---

[3]  *See* Notice of Appeal (Jan. 5, 2010) [D.E. 1].

[4]  *See* Appellants' Notice of Pendency (Jan. 8, 2010) [D.E. 4]; TOUSA's Notice of Pendency (Jan. 11, 2010) [D.E. 7].

[5]  *See* Appellants' Notice of Pendency in Case No. 10-60018 (Jan. 8, 2010) [D.E 5]; Appellants' Notice of Pendency in Case No. 10-60019 (Jan. 8, 2010) [D.E. 4].

Appeals because, it alleges, "[the appeals] challenge an interim order that is neither automatically appealable nor appropriate for interlocutory review."[6]

8. In light of the potential transfer and/or consolidation of the three Related Appeals, as well as the Committee's anticipated motion to stay, Appellants request that this Court extend or stay the briefing deadline until such time as the Appeals are consolidated and the parties can propose a briefing schedule for the Court's consideration.

9. Yesterday, Judge Altonaga granted a similar motion filed in Case No. 10-60018, and stayed the briefing schedule in that Appeal "pending further order of the Court."[7]

10. Counsel for the Appellants have conferred with the Debtor Appellees and the Committee, and are authorized to represent to the Court that neither objects to the relief sought.

Accordingly, Appellants request that the Court stay this Appeal or, alternatively, enlarge the time for submission of the Initial Brief and enter the proposed Order attached as Exhibit A.

---

[6] Committee's Notice of Pendency ¶ 3 (Jan. 8, 2010) [D.E. 5]. The Committee filed similar Notices in the other two Related Appeals. *See* Committee's Notice of Pendency in Case No. 10-60018 (Jan. 8, 2010) [D.E. 4]; Committee's Notice of Pendency in Case No. 10-60019 (Jan. 8, 2010) [D.E. 5].

[7] *See* Order in Case No. 10-60018 (Jan. 13, 2010) [D.E. 12].

Respectfully submitted,

|  |  |
|---|---|
|  | /s/ Nancy A. Copperthwaite |
| Michael I. Goldberg | Nancy A. Copperthwaite |
| AKERMAN SENTERFITT | AKERMAN SENTERFITT |
| Las Olas Centre II, Suite 1600 | 2500 SunTrust International Center |
| 3350 East Las Olas Boulevard | One S.E. Third Avenue |
| Fort Lauderdale, Florida  33301 | Miami, Florida  33131 |
| Telephone:  954-463-2700 | Telephone:  305-374-5600 |
| Telefax:       954-463-2224 | Telefax:       305-374-5095 |
| Michael.Goldberg@akerman.com | Nancy.Copperthwaite@akerman.com |

Counsel for Appellants Senior Transeastern Lenders

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 14th day of January 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Nancy A. Copperthwaite
Nancy A. Copperthwaite
Florida Bar No. 549428

## TOUSA SERVICE LIST

Patricia A. Redmond, Esq.
STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.
150 W. Flagler Street, Suite 2500
Miami, FL  33130
Phone:     305-789-3553
Fax:        305-789-3395
*PRedmond@swmwas.com*

Paul Steven Singerman, Esq.
BERGER SINGERMAN, P.A.
200 S. Biscayne Boulevard, Suite 1000
Miami, FL  33131
Phone:     305-755-9500
Fax:        305-714-4340
*Singerman@bergersingerman.com*

Scott L. Baena, Esq.
BILZIN SUMBERG BAENA PRICE & AXELROD LLP
200 S. Biscayne Boulevard, Suite 2500
Miami, FL  33131
Phone:     305-374-7580
Fax:        305-374-7593
*SBaena@bilzin.com*

Allan E. Wulbern, Esq.
SMITH, HULSEY & BUSEY
225 Water Street, Suite 2800
Jacksonville, FL  32202
Phone:     904-359-7700
Fax:        904-359-7708
*AWulbern@smithhulsey.com*

Amy D. Harris, Esq.
STRICHTER, RIEDEL, BLAIN & PROSSER, P.A.
110 E. Madison Street, Suite 200
Tampa, FL  33602
Phone:     813-229-0144
Fax:        813-229-1811
*AHarris.ecf@srbp.com*