UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 10-60017-CIV-GOLD

*In re* TOUSA, Inc., *et al.*,

    Debtors.
_____

3V CAPITAL MASTER FUND LTD., *et. al.*

    Appellants,

v.

OFFICIAL CREDITORS COMMITTEE OF
UNSECURED CREDITORS OF TOUSA,
INC., *et. al.*

    Appellees.
_____/

### ORDER GRANTING UNOPPOSED MOTION TO STAY APPEAL

THIS CAUSE is before the Court on Appellants' Unopposed Motion to Stay Appeal or for an Enlargement of Time **[DE 8]**, filed January 14, 2010. Having reviewed the Motion, and being otherwise duly advised, it is hereby

ORDERED AND ADJUDGED as follows:

1.    The Motion **[DE 8]** is GRANTED.

2.    The deadline for the Appellants to filed their initial brief is hereby STAYED pending further Order of the Court.

DONE AND ORDERED in Chambers at Miami, Florida, this 19th day of January, 2010.

                                        THE HONORABLE ALAN S. GOLD
                                        UNITED STATES DISTRICT JUDGE

cc:
Magistrate Judge Chris M. McAliley
All counsel of record