UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-cv-60017 (Gold)

| | |
|---|---|
| In re:<br>TOUSA, INC., *et al.*,<br><br>                Debtors.<br><br>3V CAPITAL MASTER FUND LTD., *et al.*,<br><br>                Appellants,<br><br>vs.<br><br>OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TOUSA, INC.,<br><br>                Appellees,<br><br>and<br><br>TOUSA, INC., *et al.*,<br><br>                Appellees. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINDER IN APPEAL BRIEF OF THE TRANSEASTERN LENDERS**

Appellants, those certain Senior Transeastern Lenders Centurion CDO 10, Ltd.; Centurion CDO 8, Limited; Centurion CDO 9, Ltd.; Centurion CDO II, Ltd.; Centurion CDO VI, Ltd.; Centurion CDO VII, Ltd.; Centurion CDO XI, Ltd.; Eaton Vance Credit Opportunities Fund; Eaton Vance Floating-Rate Income Trust; Eaton Vance Grayson & Co.; Eaton Vance Limited Duration Income Fund; Eaton Vance Senior Debt Portfolio; Eaton Vance Senior

1

Floating-Rate Trust; Eaton Vance Senior Income Trust; Eaton Vance VT Floating-Rate Income Fund; Riversource Floating Rate Fund; and Sequils-Centurion V, Ltd. (identified as "Group 2" on this Court's docket) adopt and join the positions and arguments in the Appeal Brief of the Transeastern Lenders, filed on June 1, 2010, by certain other Senior Transeastern Lenders (identified as "Group 1" on this Court's docket) **[DE 75]**.

Dated:  June 1, 2010

Respectfully submitted,

s/ Ceci Culpepper Berman
Ceci Culpepper Berman (Fla. Bar No. 0329060)
cberman@fowlerwhite.com
Fowler White Boggs P.A.
Suite 1700, 501 East Kennedy Boulevard
Tampa, FL  33602
Telephone:	(813) 222-2031
Fax:	(813) 384-2842

Attorneys for Appellants Centurion CDO 10, Ltd.; Centurion CDO 8, Limited; Centurion CDO 9, Ltd.; Centurion CDO II, Ltd.; Centurion CDO VI, Ltd.; Centurion CDO VII, Ltd.; Centurion CDO XI, Ltd.; Eaton Vance Credit Opportunities Fund; Eaton Vance Floating-Rate Income Trust; Eaton Vance Grayson & Co.; Eaton Vance Limited Duration Income Fund; Eaton Vance Senior Debt Portfolio; Eaton Vance Senior Floating-Rate Trust; Eaton Vance Senior Income Trust; Eaton Vance VT Floating-Rate Income Fund; Riversource Floating Rate Fund; Sequils-Centurion V, Ltd.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 10-60017-CIV-GOLD

In re TOUSA, Inc., et al.,                    )
                                              )
        Debtors.                              )
                                              )
_____)
                                              )
3V CAPITAL MASTER FUND LTD., et al.,          )
                                              )
        Appellants,                           )
                                              )
vs.                                           )
                                              )
OFFICIAL CREDITORS COMMITTEE OF               )
UNSECURED CREDITORS OF TOUSA, INC., et al.,   )
                                              )
        Appellees,                            )
                                              )
and                                           )
                                              )
TOUSA, INC., et al.,                          )
                                              )
        Appellees.                            )
_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 1, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Ceci Culpepper Berman
Ceci Culpepper Berman

## SERVICE LIST

### 3V Capital Master Fund Ltd., et al. v. Official Creditors Committee Of Unsecured Creditors of Tousa, Inc., et al.
### Case No.: 10-60017-CIV-GOLD

| | |
|---|---|
| Nancy A. Copperthwaite, Esquire<br>Nancy.Copperthwaite@akerman.com<br>Akerman Senterfitt<br>SunTrust International Center<br>1 SE 3rd Avenue, 25th Floor<br>Miami, FL 33131-1714<br>305 374-5600<br>305 374-5095 - fax | Alan J. Stone, Esquire<br>Astone@milbank.com<br>Andrew T. Beirne, Esquire<br>abeirne@milbank.com<br>Altara Miller, Esquire<br>amiller@milbank.com<br>Milbank, Tweed, Hadley & McCloy<br>One Chase Manhattan Plaza<br>New York, NY 10005<br>212 530-5000 |
| Michael Ira Goldberg, Esquire<br>michael.goldberg@akerman.com<br>Akerman Senterfitt & Eidson<br>Las Olas Centre<br>350 E. Las Olas Blvd., Suite 1600<br>Ft. Lauderdale, FL 33301-0006<br>954 463-2700<br>954 463-2224 - fax | Andrew M. Leblanc, Esquire<br>aleblanc@milbank.com<br>Milbank Tweed Hadley & McCloyd LLP<br>1850 K Street NW, Ste 1100<br>Washington, DC 20006<br>202 835-7500<br>202 263-7574 - fax |

Counsel for SENIOR TRANSEASTERN LENDERS (Group 1), Appellants

| | |
|---|---|
| Patricia Ann Redmond, Esquire<br>predmond@swmwas.com<br>Stearns Weaver Miller Weissler Alhadeff & Sitterson<br>Museum Tower<br>150 W. Flagler Street, Ste. 2200<br>Miami, FL 33130<br>305 789-3553<br>305 789-3395<br><br>Attorney for Appellee, Official Committee of Unsecured Creditors | Beth A. Williams, Esquire<br>beth.williams@kirkland.com<br>Daniel T. Donovan, Esquire<br>ddonovan@kirkland.com<br>Kirkland & Ellis<br>655 15th Street NW, Suite 1200<br>Washington, DC 20005<br>202 879-5000<br><br>Paul A. Avron, Esquire<br>pavron@bergersingerman.com<br>Berger S. Wingerman<br>200 S. Biscayne Blvd., Suite 1000<br>Miami, FL 33131<br>305 755-9500<br>305 714-4340 - fax<br><br>Attorney for Appellee, TOUSA, Inc. |

| | |
|---|---|
| Donald J. Russell, Esquire<br>drussell@robbinsrussell.com<br>Lawrence S. Robbins, Esquire<br>jrobbins@robbinsrussell.com<br>Eric J. Feigin, Esquire<br>efeigin@robbinsrussell.com<br>Michael L. Waldman, Esquire<br>mwaldman@robbinsrussell.com<br>Robbins, Russell, Englert, Orseck, Untereiner & Sauber, LLP<br>1801 K Street N.W., Suite 411-L<br>Washington, DC  20066<br>202 775-4500<br>202 775-4510 - fax<br><br>Co-Counsel for Appellee, Official Committee of Unsecured Creditors | Amy D. Harris, Esquire<br>AHarris.ecf@srbp.com<br>Strichter, Riedel, Blain & Prosser, P.A.<br>110 East Madison Street, Suite 200<br>Tampa, FL  33602<br>813 229-0144<br>813 229-1811 - fax<br><br>Attorneys for Appellants in Related Case No. 10-cv-60019` |
| Stephen M. Mertz, Esquire<br>smertz@faegre.com<br>Aaron Van Oort, Esquire<br>avanoort@faegre.com<br>Melina K. Williams, Esquire<br>mwilliams2@faegre.com<br>Faegre & Benson, LLP<br>2200 Wells Fargo Center<br>90 South seventh Street<br>Minneapolis, MN  55402<br>612 766-7000<br>612 766-1600 - fax<br><br>Attorneys for Appellants, Centurion CDO 10, Ltd.; Centurion CDO 8, Limited; Centurion CDO 9, Ltd.; Centurion CDO II, Ltd.; Centurion CDO VI, Ltd.; Centurion CDO VII, Ltd.; Centurion CDO Xi, Ltd.; Sequils-Centurion V, Ltd., Eaton Vance Credit Opportunities Fund; Eaton Vance Floating-Rate Income Trust; Eaton Vance Grayson & Co.; Eaton Vance Limited Duration Income Fund; Eaton Vance Senior Debt Portfolio; Eaton Vance Senior Floating-Rate Trust; Eaton Vance Senior Income Trust; Eaton Vance Vt Floating-Rate Income Fund; Riversource Floating Rate Fund (Senior Transeastern Lenders Group 2) | |