UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No(s). 0:10-cv-60017-ASG
0:10-cv-61478-ASG, 0:10-cv-62032-ASG, 0:10-cv-62035-ASG, 0:10-cv-62037-ASG

In re:

TOUSA, INC., *et al.*,

                  Debtors.

3V CAPITAL MASTER FUND LTD., *et al.*,

                  Appellants,
And

SENIOR TRANSEASTERN LENDERS,

                  Appellants,

                v.

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF TOUSA, INC., *et al.*,

                  Appellees.

**NOTICE OF APPEAL OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS
OF TOUSA, INC., *et al.*, TO THE UNITED STATES COURT OF APPEALS FOR THE
<u>ELEVENTH CIRCUIT</u>**

        The Official Committee of Unsecured Creditors of TOUSA, Inc., *et al.*, Plaintiff/Appellee in this Court, appeals to the United States Court of Appeals for the Eleventh Circuit from the Opinion And Order On Appeals By Transeastern Lenders dated February 11, 2011 ("Order"), entered by the United States District Court for the Southern District of Florida, and entered on the following dockets:

| Case No. | Docket Entry |
|---|---|
| 0:10-cv-60017-ASG | ECF No. 131 |
| 0:10-cv-61478-ASG | ECF No. 23 |
| 0:10-cv-62032-ASG | ECF No. 15 |
| 0:10-cv-62035-ASG | ECF No. 15 |
| 0:10-cv-62037-ASG | ECF No. 13 |

The parties to the Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| | |
|---|---|
| **OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TOUSA, INC.,** *et al.* **(appellee in this Court and appellant in the Eleventh Circuit)** | COUNSEL:<br><br>STEARNS WEAVER MILLER<br>  WESSLER ALHADEFF & SITTERSON, P.A.<br>Patricia A. Redmond<br>David C. Pollack<br>150 West Flagler Street, Suite 220<br>Miami, FL 33130<br>Telephone: (305) 789-3553<br>Facimile: (305) 789-3395<br><br>-and-<br><br>ROBBINS, RUSSELL, ENGLERT,<br>  ORSECK, UNTEREINER & SAUBER LLP<br>Lawrence S. Robbins<br>Donald J. Russell<br>Michael L. Waldman<br>1801 K Street N.W., Suite 411-L<br>Washington, DC 20006<br>Telephone: (202) 775-4500<br>Facsimile: (202) 775-4510 |

| **TOUSA, INC.**<br>**- and -**<br>**"CONVEYING SUBSIDIARIES"**<br>(appellees in this Court)<br><br>Engle Homes Commercial Construction, LLC<br>Engle Homes Delaware, Inc.<br>Engle Homes Residential Construction, L.L.C.<br>Engle Sierra Verde P4, LLC<br>Engle Sierra Verde P5, LLC<br>Engle/Gilligan LLC<br>Engle/James LLC<br>LB/TE #1, LLC<br>Lorton South Condominium, LLC<br>McKay Landing LLC<br>Newmark Homes Business Trust<br>Newmark Homes Purchasing, L.P.<br>Newmark Homes, L.L.C.<br>Newmark Homes, L.P.<br>Preferred Builders Realty, Inc.<br>Reflection Key, LLC<br>Silverlake Interests, L.L.C.<br>TOI, LLC<br>TOUSA Associates Services Company<br>TOUSA Delaware, Inc.<br>TOUSA Funding, LLC<br>TOUSA Homes Arizona, LLC<br>TOUSA Homes Colorado, LLC<br>TOUSA Homes Florida, L.P.<br>TOUSA Homes Investment #1, Inc.<br>TOUSA Homes Investment #2, Inc.<br>TOUSA Homes Investment #2, LLC<br>TOUSA Homes Mid-Atlantic Holding, LLC<br>TOUSA Homes Mid-Atlantic, LLC<br>TOUSA Homes Nevada, LLC<br>TOUSA Homes, Inc.<br>TOUSA Investment #2, Inc.<br>TOUSA Mid-Atlantic Investment, LLC<br>TOUSA Realty, Inc.<br>TOUSA, LLC<br>TOUSA/West Holdings, Inc. | **COUNSEL:**<br><br><br><br>BERGER SINGERMAN, P.A.<br>Paul Steven Singerman<br>Paul A. Avron<br>200 South Biscayne Boulevard, Suite 1000<br>Miami, FL 33131<br>Telephone: (305) 755-9500<br>Facsimile: (305) 714-4340<br><br>- and -<br><br><br>KIRKLAND & ELLIS LLP<br>Daniel T. Donovan<br>Beth A. Williams<br>655 Fifteenth Street, N.W.<br>Washington, DC 20005<br>Telephone: (202) 879-5000<br>Facsimile: (202) 879-5200 |
|---|---|

3

| "SENIOR TRANSEASTERN LENDERS (Group 1)" (appellants in this Court and appellees in the Eleventh Circuit) | COUNSEL: |
|---|---|
| 3V Capital Management, LLC<br>3V Capital Master Fund Ltd.<br>Atascosa Investments, LLC<br>Aurum CLO 2002-1 Ltd.<br>Bank of America, N.A.<br>Bear Stearns Investment Products Inc.<br>Burnet Partners, LLC<br>Deutsche Bank Trust Company Americas<br>Flagship CLO III<br>Flagship CLO IV<br>Flagship CLO V<br>Gleneagles CLO Ltd.<br>Goldman Sachs Credit Partners, L.P.<br>Grand Central Asset Trust, CED Series<br>Grand Central Asset Trust, HLD Series<br>Grand Central Asset Trust, SOH Series<br>Hartford Mutual Funds, Inc., on behalf of The Hartford Floating Rate Fund by Hartford Investment Management Company, their Sub-Advisor<br>Highland CDO Opportunity Fund, Ltd.<br>Highland Credit Opportunities CDO Ltd.<br>Highland Floating Rate Advantage Fund<br>Highland Floating Rate LLC<br>Highland Legacy Limited<br>Highland Loan Funding VII, LLC<br>Highland Offshore Partners, L.P.<br>Jasper CLO, Ltd.<br>JPMorgan Chase Bank, N.A.<br>Liberty CLO, Ltd.<br>LL Blue Marlin Funding LLC<br>Merrill Lynch Credit Products LLC<br>Monarch Master Funding Ltd. (f/k/a Quadrangle Master Funding Ltd.)<br>Ocean Bank<br>Rockwall CDO, Ltd.<br>Silver Oak Capital, LLC<br>Stedman CBNA Loan Funding LLC<br>The Foothills Group, Inc.<br>Van Kampen Dynamic Credit Opportunities | MILBANK, TWEED, HADLEY & McCLOY LLP<br>Andrew M. Leblanc<br>Alan J. Stone<br>Andrew T. Beirne<br>Atara Miller<br>Gabrielle Ruha<br>Patrick Marecki<br>1 Chase Manhattan Plaza<br>New York, NY 10005<br>Telephone: (212) 530-5000<br>Facsimile: (212) 530-5219<br><br>-and-<br><br>AKERMAN SENTERFITT<br>Nancy A. Copperthwaite<br>SunTrust International Center<br>One S.E. Third Avenue, 25th Floor<br>Miami, Florida 33131<br>Telephone: (305) 374-5600<br>Facsimile: (305) 374-5095<br><br>Michael I. Goldberg<br>Las Olas Centre II, Suite 1600<br>3350 East Las Olas Boulevard<br>Fort Lauderdale, Florida 33301<br>Telephone: (954) 463-2700<br>Facsimile: (954) 463-2224<br><br>-and-<br><br>FAEGRE & BENSON, LLP<br>Aaron D. Van Oort<br>Stephen M. Mertz<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402<br>Telephone: (612) 766-7000 |

4

| | |
|---|---|
| Fund<br>Van Kampen Senior Income Trust<br>Van Kampen Senior Loan Fund<br>Wells Fargo Bank, N.A. | |
| **"SENIOR TRANSEASTERN LENDERS (Group 2)"** (appellants in this Court and appellees in the Eleventh Circuit)<br><br>Centurion CDO 10, Ltd.<br>Centurion CDO 8, Limited<br>Centurion CDO 9, Ltd.<br>Centurion CDO II, Ltd.<br>Centurion CDO VI, Ltd.<br>Centurion CDO VII, Ltd.<br>Centurion CDO XI, Ltd.<br>Eaton Vance Credit Opportunities Fund<br>Eaton Vance Floating-Rate Income Trust<br>Eaton Vance Grayson & Co.<br>Eaton Vance Limited Duration Income Fund<br>Eaton Vance Senior Debt Portfolio<br>Eaton Vance Senior Floating-Rate Trust<br>Eaton Vance Senior Income Trust<br>Eaton Vance VT Floating-Rate Income Fund<br>RiverSource Floating Rate Fund<br>Sequils-Centurion V, Ltd. | COUNSEL:<br><br><br><br>FOWLER WHITE BOGGS P.A.<br>Ceci Culpepper Berman<br>501 E Kennedy Boulevard<br>Suite 1700 PO Box 1438<br>Tampa, FL 33602<br>Telephone: (813) 222-1136<br>Facsimile: (813) 229-8313 |
| **CITICORP NORTH AMERICA, INC.**<br>- and -<br>**"FIRST LIEN TERM LOAN LENDERS"** (intervenors in this Court)<br><br>Castlerigg Master Investments, Ltd.<br>CFIP Master Fund, Ltd.<br>CGDO, LLC (as agent for Chilton Global Credit Opportunities Master Fund LP)<br>Fidelity REOI Cayman Ltd.<br>Fidelity Fixed Income Trust<br>Fidelity Strategic Real Return Fund<br>HBK Master Fund L.P.<br>Helios Funding LLC<br>Investment CBNA Loan Funding LLC<br>McDonnell Loan Opportunity Ltd. | COUNSEL:<br><br><br><br>STICHTER, RIEDEL, BLAIN & PROSSER, P.A.<br>Harley Edward Riedel<br>Richard Craig Prosser<br>Amy Denton Harris<br>110 East Madison Street, Suite 200<br>Tampa, FL 33602-4718<br>Telephone: (813) 229-0144<br>Facsimile: (813) 229-1811<br><br>- and - |

5

| | |
|---|---|
| Morgan Stanley Senior Funding, Inc.<br>Perry Principals, L.L.C.<br>Promethean I Master, Ltd.<br>Royal Bank of Canada<br>SOF Investments, L.P.<br>Taconic Capital Partners 1.5 L.P.<br>Taconic Opportunity Fund L.P.<br>Trilogy Capital LLC<br>WCP Real Estate Strategies Fund, L.P.<br>WCP Real Estate Strategies Fund (Cayman), L.P. | CHADBOURNE & PARKE LLP<br>Thomas J. Hall<br>Thomas J. McCormack<br>Seven Rivera<br>30 Rockefeller Plaza<br>New York, NY 10112<br>Telephone: (212) 408-5100<br>Facsimile: (212) 541-5369 |

Dated March 8, 2011

Respectfully submitted,

By:   /s/ Patricia A. Redmond
Patricia A. Redmond (Fla. Bar # 303739)
predmond@stearnsweaver.com
David C. Pollack (Fla. Bar # 0362972)
STEARNS WEAVER MILLER
  WEISSLER ALHADEFF & SITTERSON, P.A.
150 West Flagler Street, Suite 2200
Miami, FL 33130
Telephone: (305) 789-3553
Facsimile: (305) 789-3395

ROBBINS, RUSSELL, ENGLERT,
  ORSECK, UNTEREINER & SAUBER LLP
Lawrence S. Robbins*
lrobbins@robbinsrussell.com
Donald J. Russell*
Michael L. Waldman*
1801 K Street N.W., Suite 411-L
Washington, DC 20006
Telephone: (202) 775-4500
Facsimile: (202) 775-4510

* admitted *pro hac vice*

*Attorneys for the Official Committee of Unsecured Creditors of TOUSA, Inc., et al.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 8, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:  /s/ Patricia A. Redmond
Patricia A. Redmond

**OCUC of TOUSA, Inc., et al. v. Senior Transeastern Lenders, 3V Capital Master Fund, et al.
Case No(s). 0:10-cv-60017-ASG
0:10-cv-61478-ASG, 0:10-cv-62032-ASG, 0:10-cv-62035-ASG, 0:10-cv-62037-ASG
<u>SERVICE LIST</u>**

| | |
|---|---|
| Paul Steven Singerman | singerman@bergersingerman.com |
| Paul A. Avron | pavron@bergersingerman.com |
| **BERGER SINGERMAN P.A.,** *Local Counsel* | |
| 200 S. Biscayne Blvd., Suite 1000 | Telephone:  305.775.9500 |
| Miami, FL   33131 | Facsimile:  305.714.4340 |
| – and – | |
| Paul M. Basta | pbasta@kirkland.com |
| Richard M. Cieri | rcieri@kirkland.com |
| M. Natasha Labovitz | nlabovitz@kirkland.com |
| **KIRKLAND & ELLIS, LLP** | |
| 153 East 53 Street | Telephone:  212.446.4800 |
| New York, NY   10022 | Facsimile:  212.446.4900 |
| – and – | |
| Beth A. Williams | Beth.Williams@kirkland.com |
| Daniel T. Donovan | ddonovan@kirkland.com |
| Matthew E. Papez | mpapez@kirkland.com |
| Jeffrey S. Powell | jpowell@kirkland.com |
| **KIRKLAND & ELLIS, LLP** | |
| 655 15 Street, NW | Telephone:  202.879.5000 |
| Washington DC   20005 | Facsimile:  202.879.5200 |

*Counsel for TOUSA, Inc., et al.,* **Debtors**

- - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| Patricia A. Redmond | predmond@swmwas.com |
| David C. Pollack | dpollack@swmwas.com |
| **STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**, *Local Counsel* | |
| 150 W. Flagler Street, Suite 2200 | Telephone: 305.789.3200 |
| Miami, FL   33130 | Facsimile: 305.789.3395 |
| – and – | |
| Lawrence S. Robbins | lrobbins@robbinsrussell.com |
| Donald J. Russell | drussell@robbinsrussell.com |
| Alan D. Strasser | astrasser@robbinsrussell.com |
| Michael L. Waldman | mwaldman@robbinsrussell.com |
| Mark A. Hiller | mhiller@robbinsrussell.com |
| **ROBBINS, RUSSELL, ENGLERT, ORSECK, UNTEREINER & SAUBER LLP**, | |
| 1801 K Street, Suite 411-L | Telephone: 202-775-4500 |
| Washington, DC 20006 | Facsimile: 202.775.4510 |

*Fraudulent Conveyance Adversary Proceeding Special Counsel*
*Counsel for Official Committee of Unsecured Creditors of TOUSA, Inc., et al,* **Plaintiff / Appellee**

- - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| Allan E Wulbern | awulbern@smithhulsey.com |
| Stephen D. Busey | busey@smithhulsey.com |
| **SMITH HULSEY & BUSEY** | |
| 225 Water Street, Suite 1800 | Telephone:  904.359.7700 |
| Jacksonville, FL   32202 | Facsimile:  904.359.7708 |
| – and – | |
| Amy D. Harris | aharris.ecf@srbp.com |
| Richard Craig Prosser | rprosser@srbp.com |
| **STICHTER, RIEDEL, BLAIN & PROSSER, P.A.** | |
| 110 East Madison Street, Suite 200 | Telephone:  813.229.0144 |
| Tampa, FL  33602-4718 | Facsimile:  813.229.1811 |
| – and – | |
| Joseph H. Smolinsky | joseph.smolinsky@weil.com |
| **WEIL GOTSHAL** | |
| 767 Fifth Avenue | Telephone:  212.310.8767 |
| New York, NY 10153 | Facsimile:   212.310.8007 |
| – and – | |
| Thomas J. Hall | thall@chadbourne.com |
| Seven R. Rivera | srivera@chadbourne.com |
| Thomas J. McCormack | tmccormack@chadbourne.com |
| **CHADBOURNE & PARKE LLP** | |
| 30 Rockefeller Plaza | Telephone:  212.408.5100 |
| New York, NY   10112 | Facsimile:  212.541.5369 |

*Counsel for Citicorp North America, Inc., in its capacity as Administrative Agent for the First Lien Revolver and First Lien Term Loan Credit Agreement*, **Defendant / Appellant**

- - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| Scott L. Baena | sbaena@bilzin.com |
| Jeffrey I Snyder | jsnyder@bilzin.com |
| **BILZIN SUMBERG BAENA PRICE & AXELROD LLP**, *Local Counsel* | |
| 200 S. Biscayne Blvd., Suite 2500 | Telephone:  305.374.7580 |
| Miami, FL   33131 | Facsimile:  305.374.7593 |

*Co-Counsel to Wells Fargo, as Successor Administrative Agent under that Certain  Second Lien Term Loan Credit Agreement, and an Informal Group of Holders of Second Lien Term Loan Lenders*, **Defendants / Appellants**

- - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| Evan D. Flaschen | evan.flaschen@bgllp.com |
| Gregory W. Nye | gregory.nye@bgllp.com |
| Richard Whiteley | richard.whiteley@bgllp.com |
| Daynor M. Carman | daynor.carman@bgllp.com |
| **BRACEWELL & GIULIANI LLP** | |
| 225 Asylum Street, Suite 2600 | Telephone:  860.947.9000 |
| Hartford, CT   06013 | Facsimile:  860.246.3201 |
| – and – | |

| | |
|---|---|
| David M. Levine | dml@LKLlaw.com |
| Lawrence A. Kellogg | lak@LKLlaw.com |
| Robin J. Rubens | rjr@LKLlaw.com |
| Jeffrey C. Schneider | jcs@LKLlaw.com |

**LEVINE KELLOGG LEHMAN SCHNEIDER & GROSSMAN LLP**
201 South Biscayne Blvd.
Miami Center – 34th Floor            Telephone: 305.403.8788
Miami, FL   33131                    Facsimile: 305.403.8789

*Local Counsel to several members of an Informal Group of Holders of Second Lien Term Loan Lenders*, **Defendants / Appellants**

- - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| John H. Genovese | jgenovese@gjb-law.com |
| Paul J. Batista | pbattista@gjb-law.com |

**GENOVESE JOBLOVE & BATTISTA, P.A.**, *Local Counsel*
100 SE 2 Street, 44 Floor            Telephone: 305.349.2300
Miami, FL   33131                    Facsimile: 305.349.2310
– and –

| | |
|---|---|
| David S. Rosner | drosner@kasowitz.com |
| Andrew K. Glenn | aglenn@kasowitz.com |

**KASOWITZ, BENSON, TORRES & FRIEDMAN LLP**
1633 Broadway                        Telephone: 212.506.1700
New York, NY   10019

*Counsel to Aurelius Named-Entities, GSO Named-Entities, and Carlyle Strategic Partners (collectively, the "Noteholders"),* **Defendants / Appellants**

- - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| Ceci Culpepper Berman | cberman@fowlerwhite.com |
| Darren David Farfante | dfarfante@fowlerwhite.com |

**FOWLER WHITE BOGGS BANKER**
501 E. Kenneth Blvd., Suite 1700     Telephone: 813.222.1136
Tampa, FL   33602                    Facsimile: 813.229.8313
– and –

| | |
|---|---|
| Aaron D. VanOort | avanoort@faegre.com |
| Melina K. Williams | mwilliams2@faegre.com |
| Stephen M. Mertz | smertz@faegre.com |

**FAEGRE & BENSON LLP**
90 South Seventh Street, #2200       Telephone: 612.766-7000
Minneapolis, MN   55402              Facsimile:
– and –

Nancy A. Copperthwaite               Nancy.Copperthwaite@akerman.com

**AKERMAN SENTERFITT**, *Local Counsel*
1 SE 3rd Avenue, 25th Floor          Telephone: 305.374.5600
Miami, FL   33131                    Facsimile: 305.374.5095
– and –

| | |
|---|---|
| Michael I. Goldberg | michael.goldberg@akerman.com |
| **AKERMAN SENTERFITT**, *Local Counsel* | |
| 350 East Las Olas Blvd., Suite 1600 | Telephone:  954.463.2700 |
| Fort Lauderdale, FL   33301-2229 | Facsimile:  954.463.2224 |
| – and – | |
| Andrew M. LeBlanc | aleblanc@milbank.com |
| Andrew Beirne | abeirne@milbank.com |
| Patrick Marecki | pmarecki@milbank.com |
| Atara Miller | amiller@milbank.com |
| Gabrielle Ruha | gruha@milbank.com |
| Alan J. Stone | astone@milbank.com |
| **MILBANK, TWEED, HADLEY & MCCLOY LLP** | |
| 1 Chase Manhattan Plaza | Telephone:  212.530.5287 |
| New York, NY   10005 | Facsimile:  212.530.5219  or 212.822.5057 |

*Counsel for the "Senior Transeastern Lenders,"* **Defendants**

- - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| Meghan McCurdy | mmccurdy@whitecase.com |
| David G. Hille | dhille@whitecase.com |
| **WHITE & CASE LLP** | |
| 1155 Avenue of the Americas | Telephone:  212.819.8200 |
| New York, NY   10036 | Facsimile:  212.354.8113 |

*Counsel for Deutsche Bank Trust Company Americas, Highland Named-Entities, Jasper CLO Ltd., Loan Funding VII LLC, Quadrangle Master Funding Ltd.*

- - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| Jennifer Gertrude Altman | jaltman@bsfllp.com |
| **BOIES SCHILLER & FLEXNER LLP** | |
| 100 SE 2nd Street, #2800 | Telephone:  305.539.8400 |
| New York, NY   10036 | Facsimile:  305.539.1307 |
| – and – | |
| Eric J. Brenner | ebrenner@bsfllp.com |
| Philip C. Korologos | pkorologos@bsfllp.com |
| **BOIES SCHILLER & FLEXNER LLP** | |
| 575 Lexington Avenue, 7th Floor | Telephone:  212.446.2315 |
| New York, NY   10036 | Facsimile:  212.446.2350 |

*Counsel for Monarch Master Funding Ltd., Trilogy Portfolio Company, LLC*

- - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| Steven D. Schneiderman | steven.d.schneiderman@usdoj.gov |
| **OFFICE OF THE UNITED STATES TRUSTEE** | |
| 51 SW 1st Avenue, Suite 1204 | |
| Miami, FL   33130 | |