UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 10-60017-cv-GOLD

In re TOUSA, et al.,

    Debtors.

_____

3V CAPITAL MASTER FUND LTD., et al.,

    Appellants,

v.

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF TOUSA, INC., et al.,

    Appellees.

_____/

### ORDER GRANTING CNAI'S UNOPPOSED MOTION TO CORRECT CLERICAL MISTAKE

THIS CAUSE is before the Court upon Citicorp North America, Inc.'s ("CNAI")[1] Motion To Correct Clerical Mistake. [ECF No. 137]. CNAI notes that the Court's Opinion and Order on Appeals by Transeastern Lenders (the "Opinion") [ECF No. 131] on two occasions mistakenly refers to Citibank when it should refer to CIT, which is a separate financial institution. [ECF No. 137, p. 2]. CNAI now requests that the Court correct these clerical mistakes, and all other Parties to this appeal consent to the relief sought.

Accordingly, it is ORDERED AND ADJUDGED that

---

[1] The Court permitted CNAI to intervene in this appeal proceeding on July 30, 2010. [ECF No. 109].

1. CNAI's Motion To Correct Clerical Mistake [ECF No. 137] is GRANTED.

2. The Court's Opinion and Order on Appeals by Transeastern Lenders [ECF No. 131] shall be amended as follows. The word "Citibank" shall be replaced with the word "CIT" in footnote 15 on page 16 of the Opinion, and in the last two sentences on page 30 of the Opinion.

3. Footnote 15 on page 16 of the Opinion shall now read as follows: "CIT succeeded DBTCA as Administrative Agent for the Senior Debt on March 13, 2007. [Stip., p. 13]."

4. The last two sentences on page 30 of the Opinion shall now read as follows: "Third, following this transfer of $476,418,784.40, ULT wired $426,383,828.08 to CIT, as Administrative Agent for the Transeastern Lenders. CIT disbursed these proceeds to the other Transeastern Lenders by separate wire transfers taking place on July 31, 2007 and August 1, 2007. [Stip., p. 20; Trial Exhs. 136, 5107, 5109]."

DONE AND ORDERED in Chambers, in Miami, Florida, this 16 day of March, 2011.

THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc
All counsel of record