UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case Nos. 10-CV-60017-ASG
10-61478, 10-62032, 10-62035, 10-62037

In re:

TOUSA, INC., *et al.*,

                Debtors.

_____

3V CAPITAL MASTER FUND LTD., *et al.*,

                Appellants,
      v.

OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF TOUSA,
INC., *et al.*,

                Appellees.

_____

**DESIGNATION OF THE RECORD AND STATEMENT OF ISSUES ON APPEAL BY APPELLANT OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TOUSA, INC. *ET AL.***

Pursuant to Fed. R. App. P. 6(b)(2)(B)(i) & (iii), Appellant, the Official Committee of Unsecured Creditors of TOUSA, Inc., *et al.* ("Committee"), hereby files its statement of the issues to be presented on appeal and designation of the record on appeal in connection with its Notice of Appeals in the following cases:

| Case No. | Docket Entry |
|---|---|
| 0:10-cv-60017-ASG | ECF No. 135 |
| 0:10-cv-61478-ASG | ECF No. 24 |
| 0:10-cv-62032-ASG | ECF No. 16 |
| 0:10-cv-62035-ASG | ECF No. 16 |
| 0:10-cv-62037-ASG | ECF No. 14 |

## **STATEMENT OF THE ISSUES TO BE PRESENTED ON APPEAL**

1. Did the District Court err in holding that the Conveying Subsidiaries received "reasonably equivalent value" within the meaning of 11 U.S.C. § 548(a)(1)(B)(i), in exchange for transferring liens to the First Lien Lenders and Second Lien Lenders?

2. Did the District Court err in holding that the Transeastern Lenders were not entities for whose benefit the July 31 Transfer was made, within the meaning of 11 U.S.C. § 550(a)(1)?

3. Did the District Court err in holding that the Bankruptcy Court was required to determine whether the Transeastern Lenders were subsequent transferees and in holding that Transeastern Lenders satisfied the requirements for the defenses in 11 U.S.C. 550(b)(1) and (2)?

4. Did the District Court err in adopting a relaxed standard of review of the District Court's factual findings?

5. Did the District Court err in holding that the Conveying Subsidiaries, as co-borrowers on loans, had no property interest in the borrowed funds?

The Committee reserves the right to modify, restate, and/or supplement issues to the fullest extent permitted by the Federal Rules of Appellate Procedure or other applicable law, including the right to pursue on appeal any issue raised on appeal by any other party to this case and any issue presented to the District Court by any party.

## DESIGNATION OF RECORD ON APPEAL

The Committee re-designates for inclusion in the record on appeal the docket entries from the adversary proceeding, Adv. Pro. No. 08-1435-JKO, identified in the attached Appendix A. The Committee also re-designates for inclusion in the record on appeal the docket entries from the Chapter 11 proceeding, No. 08-10928-JKO, identified in the attached Appendix B.

The Committee further re-designates for inclusion in the record on appeal all trial exhibits from the trial in the adversary proceeding (as listed in the Joint Trial Exhibit Register, ECF No. 592 in the adversary proceeding), as well as all deposition designations and counter-designations identified by the parties in the adversary proceeding (as listed in the Joint Schedule of Deposition Designations, ECF No. 546 in the adversary proceeding). The Committee's understanding is that a copy of a hard drive containing these materials, originally provided by the parties to the Bankruptcy Court, is currently in the possession of this Court's Clerk's Office.

Further, pursuant to Fed. R. App. P. 6(b)(2)(b)(iii), the Committee states, for the avoidance of doubt, that it intends the appellate record to include the entire record of the proceedings in the District Court in the above-referenced matters (10-cv-60017-ASG, 10-cv-61478-ASG, 10-62032-cv-ASG, 10-cv-62035-ASG, and 10-cv-62037-ASG). In addition, because of the interrelated nature of the appeals, the Committee designates for the appellate record the entire record of the proceedings in the appeals of the First Lien Lenders and Second Lien Lenders (10-cv-60018-AJ and 10-cv-60019-AJ).

Dated March 21, 2011

             Respectfully submitted,

       By: */s/ Patricia A. Redmond*
          Patricia A. Redmond (Fla. Bar # 303739)
          David C. Pollack (Fla. Bar # 0362972)
          STEARNS WEAVER MILLER WESSLER
           ALHADEFF & SITTERSON, P.A.
          150 West Flagler Street, Suite 220
          Miami, FL 33130
          Telephone: (305) 789-3553
          Facsimile: (305) 789-3395
          predmond@stearnsweaver.com

          ROBBINS, RUSSELL, ENGLERT,
           ORSECK, UNTEREINER & SAUBER LLP
          Lawrence S. Robbins*
          Donald J. Russell*
          Michael L. Waldman*
          1801 K Street N.W., Suite 411-L
          Washington, DC 20006
          Telephone: (202) 775-4500
          Facsimile: (202) 775-4510
          lrobbins@robbinsrussell.com

          \* admitted *pro hac vice*

          *Attorneys for the Official Committee of Unsecured Creditors of TOUSA, Inc., et al.*

## CERTIFICATE OF SERVICE

  I hereby certify that on March 21, 2011, a true and correct copy of the foregoing document is being served electronically via e-mail or via the Court's CM-ECF Program to each person named on the attached Service List.

            By: */s/ Patricia A. Redmond*
               Patricia A. Redmond

**OCUC of TOUSA, Inc., et al. v. Senior Transeastern Lenders, 3V Capital Master Fund, et al.**
**Case No(s). 0:10-cv-60017-ASG**
**0:10-cv-61478-ASG, 0:10-cv-62032-ASG, 0:10-cv-62035-ASG, 0:10-cv-62037-ASG**
<u>**SERVICE LIST**</u>

| | |
|---|---|
| Paul Steven Singerman | singerman@bergersingerman.com |
| Paul A. Avron | pavron@bergersingerman.com |
| **BERGER SINGERMAN P.A.,** *Local Counsel* | |
| 200 S. Biscayne Blvd., Suite 1000 | Telephone:  305.775.9500 |
| Miami, FL   33131 | Facsimile:  305.714.4340 |
| – and – | |
| Paul M. Basta | pbasta@kirkland.com |
| Richard M. Cieri | rcieri@kirkland.com |
| M. Natasha Labovitz | nlabovitz@kirkland.com |
| **KIRKLAND & ELLIS, LLP** | |
| 153 East 53 Street | Telephone:   212.446.4800 |
| New York, NY   10022 | Facsimile:   212.446.4900 |
| – and – | |
| Beth A. Williams | Beth.Williams@kirkland.com |
| Daniel T. Donovan | ddonovan@kirkland.com |
| Matthew E. Papez | mpapez@kirkland.com |
| Jeffrey S. Powell | jpowell@kirkland.com |
| **KIRKLAND & ELLIS, LLP** | |
| 655 15 Street, NW | Telephone:   202.879.5000 |
| Washington DC   20005 | Facsimile:   202.879.5200 |

*Counsel for TOUSA, Inc., et al.,* **Debtors**
- - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| Patricia A. Redmond | predmond@swmwas.com |
| David C. Pollack | dpollack@swmwas.com |
| **STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**, *Local Counsel* | |
| 150 W. Flagler Street, Suite 2200 | Telephone: 305.789.3200 |
| Miami, FL   33130 | Facsimile: 305.789.3395 |
| – and – | |
| Lawrence S. Robbins | lrobbins@robbinsrussell.com |
| Donald J. Russell | drussell@robbinsrussell.com |
| Alan D. Strasser | astrasser@robbinsrussell.com |
| Michael L. Waldman | mwaldman@robbinsrussell.com |
| Mark A. Hiller | mhiller@robbinsrussell.com |
| **ROBBINS, RUSSELL, ENGLERT, ORSECK, UNTEREINER & SAUBER LLP**, | |
| 1801 K Street, Suite 411-L | Telephone: 202-775-4500 |
| Washington, DC 20006 | Facsimile: 202.775.4510 |

*Fraudulent Conveyance Adversary Proceeding Special Counsel*
*Counsel for Official Committee of Unsecured Creditors of TOUSA, Inc., et al,* **Plaintiff / Appellee**
- - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| Allan E Wulbern | awulbern@smithhulsey.com |
| Stephen D. Busey | busey@smithhulsey.com |

**SMITH HULSEY & BUSEY**
225 Water Street, Suite 1800　　　　　　　Telephone: 904.359.7700
Jacksonville, FL  32202　　　　　　　　　　Facsimile: 904.359.7708
– and –

Amy D. Harris　　　　　　　　　　　　　　aharris.ecf@srbp.com
Richard Craig Prosser　　　　　　　　　　rprosser@srbp.com
**STICHTER, RIEDEL, BLAIN & PROSSER, P.A.**
110 East Madison Street, Suite 200　　　　Telephone: 813.229.0144
Tampa, FL  33602-4718　　　　　　　　　　Facsimile: 813.229.1811
– and –

Joseph H. Smolinsky　　　　　　　　　　　joseph.smolinsky@weil.com
**WEIL GOTSHAL**
767 Fifth Avenue　　　　　　　　　　　　　Telephone: 212.310.8767
New York, NY 10153　　　　　　　　　　　Facsimile:  212.310.8007
– and –

Thomas J. Hall　　　　　　　　　　　　　　thall@chadbourne.com
Seven R. Rivera　　　　　　　　　　　　　srivera@chadbourne.com
Thomas J. McCormack　　　　　　　　　　tmccormack@chadbourne.com
**CHADBOURNE & PARKE LLP**
30 Rockefeller Plaza　　　　　　　　　　　Telephone: 212.408.5100
New York, NY   10112　　　　　　　　　　Facsimile: 212.541.5369

*Counsel for Citicorp North America, Inc., in its capacity as Administrative Agent for the First Lien Revolver and First Lien Term Loan Credit Agreement*, **Defendant / Appellant**

- - - - - - - - - - - - - - - - - - - - - - - -

Scott L. Baena　　　　　　　　　　　　　　sbaena@bilzin.com
Jeffrey I Snyder　　　　　　　　　　　　　jsnyder@bilzin.com
**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**, *Local Counsel*
200 S. Biscayne Blvd., Suite 2500　　　　　Telephone: 305.374.7580
Miami, FL   33131　　　　　　　　　　　　Facsimile: 305.374.7593

*Co-Counsel to Wells Fargo, as Successor Administrative Agent under that Certain  Second Lien Term Loan Credit Agreement, and an Informal Group of Holders of Second Lien Term Loan Lenders*, **Defendants / Appellants**

- - - - - - - - - - - - - - - - - - - - - - - -

Evan D. Flaschen　　　　　　　　　　　　evan.flaschen@bgllp.com
Gregory W. Nye　　　　　　　　　　　　　gregory.nye@bgllp.com
Richard Whiteley　　　　　　　　　　　　richard.whiteley@bgllp.com
Daynor M. Carman　　　　　　　　　　　daynor.carman@bgllp.com
**BRACEWELL & GIULIANI LLP**
225 Asylum Street, Suite 2600　　　　　　Telephone: 860.947.9000
Hartford, CT   06013　　　　　　　　　　Facsimile: 860.246.3201
– and –

| | |
|---|---|
| David M. Levine | dml@LKLlaw.com |
| Lawrence A. Kellogg | lak@LKLlaw.com |
| Robin J. Rubens | rjr@LKLlaw.com |
| Jeffrey C. Schneider | jcs@LKLlaw.com |

**LEVINE KELLOGG LEHMAN SCHNEIDER & GROSSMAN LLP**
201 South Biscayne Blvd.
Miami Center – 34th Floor          Telephone:  305.403.8788
Miami, FL   33131                  Facsimile:  305.403.8789

*Local Counsel to several members of an Informal Group of Holders of Second Lien Term Loan Lenders*, **Defendants / Appellants**

- - - - - - - - - - - - - - - - - - - - - - - -

John H. Genovese                   jgenovese@gjb-law.com
Paul J. Batista                    pbattista@gjb-law.com
**GENOVESE JOBLOVE & BATTISTA, P.A.** , *Local Counsel*
100 SE 2 Street, 44 Floor          Telephone:  305.349.2300
Miami, FL   33131                  Facsimile:  305.349.2310
– and –
David S. Rosner                    drosner@kasowitz.com
Andrew K. Glenn                    aglenn@kasowitz.com
**KASOWITZ, BENSON, TORRES & FRIEDMAN LLP**
1633 Broadway                      Telephone:  212.506.1700
New York, NY  10019

*Counsel to Aurelius Named-Entities, GSO Named-Entities, and Carlyle Strategic Partners (collectively, the "Noteholders"),* **Defendants / Appellants**

- - - - - - - - - - - - - - - - - - - - - - - -

Ceci Culpepper Berman              cberman@fowlerwhite.com
Darren David Farfante              dfarfante@fowlerwhite.com
**FOWLER WHITE BOGGS BANKER**
501 E. Kenneth Blvd., Suite 1700   Telephone:  813.222.1136
Tampa, FL   33602                  Facsimile:  813.229.8313
– and –
Aaron D. VanOort                   avanoort@faegre.com
Melina K. Williams                 mwilliams2@faegre.com
Stephen M. Mertz                   smertz@faegre.com
**FAEGRE & BENSON LLP**
90 South Seventh Street, #2200     Telephone:  612.766-7000
Minneapolis, MN  55402             Facsimile:
– and –
Nancy A. Copperthwaite             Nancy.Copperthwaite@akerman.com
**AKERMAN SENTERFITT**, *Local Counsel*
1 SE 3rd Avenue, 25th Floor        Telephone:  305.374.5600
Miami, FL   33131                  Facsimile:  305.374.5095
– and –

| | |
|---|---|
| Michael I. Goldberg | michael.goldberg@akerman.com |
| **AKERMAN SENTERFITT**, *Local Counsel* | |
| 350 East Las Olas Blvd., Suite 1600 | Telephone: 954.463.2700 |
| Fort Lauderdale, FL   33301-2229 | Facsimile: 954.463.2224 |
| – and – | |
| Andrew M. LeBlanc | aleblanc@milbank.com |
| Andrew Beirne | abeirne@milbank.com |
| Patrick Marecki | pmarecki@milbank.com |
| Atara Miller | amiller@milbank.com |
| Gabrielle Ruha | gruha@milbank.com |
| Alan J. Stone | astone@milbank.com |
| **MILBANK, TWEED, HADLEY & MCCLOY LLP** | |
| 1 Chase Manhattan Plaza | Telephone: 212.530.5287 |
| New York, NY   10005 | Facsimile: 212.530.5219  or 212.822.5057 |

*Counsel for the "Senior Transeastern Lenders,"* **Defendants**

- - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| Meghan McCurdy | mmccurdy@whitecase.com |
| David G. Hille | dhille@whitecase.com |
| **WHITE & CASE LLP** | |
| 1155 Avenue of the Americas | Telephone: 212.819.8200 |
| New York, NY   10036 | Facsimile: 212.354.8113 |

*Counsel for Deutsche Bank Trust Company Americas, Highland Named-Entities, Jasper CLO Ltd., Loan Funding VII LLC, Quadrangle Master Funding Ltd.*

- - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| Jennifer Gertrude Altman | jaltman@bsfllp.com |
| **BOIES SCHILLER & FLEXNER LLP** | |
| 100 SE 2nd Street, #2800 | Telephone: 305.539.8400 |
| New York, NY   10036 | Facsimile: 305.539.1307 |
| – and – | |
| Eric J. Brenner | ebrenner@bsfllp.com |
| Philip C. Korologos | pkorologos@bsfllp.com |
| **BOIES SCHILLER & FLEXNER LLP** | |
| 575 Lexington Avenue, 7th Floor | Telephone: 212.446.2315 |
| New York, NY   10036 | Facsimile: 212.446.2350 |

*Counsel for Monarch Master Funding Ltd., Trilogy Portfolio Company, LLC*

- - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| Steven D. Schneiderman | steven.d.schneiderman@usdoj.gov |
| **OFFICE OF THE UNITED STATES TRUSTEE** | |
| 51 SW 1st Avenue, Suite 1204 | |
| Miami, FL   33130 | |