UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 10-60017-cv-GOLD

In re TOUSA, INC. et al.,

　　Debtors.

_____

3V CAPITAL MASTER FUND LTD., et al.,

　　Appellants,

v.

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF TOUSA, INC., et al.,

　　Appellees,

and

TOUSA, INC., et al.,

　　Appellees.

_____/

**ORDER REGARDING DESIGNATION OF RECORD ENTRIES ON APPEAL**

　　THIS CAUSE is before the Court upon the Intervenors' Designation of Additional Items for Record on Appeal and Objection to Committee's Designation of Materials Outside the Record [ECF No. 149]; the Senior Transeastern Lenders' (Group 2) Joinder, in Part, in Intervenors' Designation of Additional Items for Record on Appeal and Objection to Committee's Designation of Materials Outside the Record [ECF no. 150]; the Transeastern Lenders' Partial Joinder in Intervenors' Objection to Committee's Designation of Materials Outside the Record and Motion to Strike Additional Materials [ECF No. 151]; and

1

the Official Committee's Response to Appellees' Objections to the Committee's Designation of Items for Record on Appeal. [ECF No. 152].

The Intervenors and the Appellees argue that the Committee's Designation of the Record on Appeal [ECF No. 141] erroneously includes some materials that were not designated by any Party as part of the record on appeal before the District Court. [ECF No. 149, p. 5; ECF Nos. 150, 151].[1] In addition, the Intervenors assert that the Committee's Designation of the Record on Appeal [ECF No. 141] fails to include other materials that were part of the record on appeal before the District Court. [ECF No. 149, p. 2].[2] The Committee responds that its decision to designate the materials objected to by the Intervenors and Appellees was "inadvertent[]" and due to a "clerical oversight." [ECF No. 152]. It further notes that it has no objection to the additional designations made by the Intervenors. [*Id.*].

Having considered the submissions by the Parties and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED that

1. The Intervenors' Designation of Additional Items for Record on Appeal and Objection to Committee's Designation of Materials Outside the Record **[ECF No. 149]**; the Senior Transeastern lenders' (Group 2) Joinder, in Part, in Intervenors' Designation of Additional Items for

---

[1] Specifically, the Intervenors and the Appellees object to the following entries from the Bankruptcy Court docket (Case No. 08-10928-JKO), which the Committee designated on appeal: 0071, 0089, 0114, 0124, 0339, 0391, 0431, 0440, 0456, 0517, 0529, 0608, 0637, 0642, 0729, 0744, 0800, 0884, 0905, 0910, 0913, 0944, 1010, 1052, 1058, 1079, 1118, 1172, 1176, 1209, 1210, 1225, 1239, 1240, 1253, 1254, 1340, and 2246.

[2] The Intervenors point to the following entries from the Bankruptcy Court docket (Case No. 08-10928-JKO), which the Committee failed to include in its Designation of the Record on Appeal: 3335, 3337, 3355, 3360, 3377, 3413, 3425, 3426, 3427, 3432, 3447, 3491, 3503, 3504, 3900, 4408, 4726, 4727, 4730, 5030, 5051, and 5098.

    Record on Appeal and Objection to Committee's Designation of Materials Outside the Record **[ECF no. 150]**; and the Transeastern Lenders' Partial Joinder in Intervenors' Objection to Committee's Designation of Materials Outside the Record and Motion to Strike Additional Materials **[ECF No. 151]** are **GRANTED**.

2. The following entries from the Bankruptcy Court docket below in Case No. 08-10928-JKO are **STRICKEN** from the Committee's Designation of the Record on Appeal: 0071, 0089, 0114, 0124, 0339, 0391, 0431, 0440, 0456, 0517, 0529, 0608, 0637, 0642, 0729, 0744, 0800, 0884, 0905, 0910, 0913, 0944, 1010, 1052, 1058, 1079, 1118, 1172, 1176, 1209, 1210, 1225, 1239, 1240, 1253, 1254, 1340, and 2246.

3. The following entries from the Bankruptcy Court docket below in Case No. 08-10928-JKO are **SHALL BE INCLUDED** in the Committee's Designation of the Record on Appeal: 3335, 3337, 3355, 3360, 3377, 3413, 3425, 3426, 3427, 3432, 3447, 3491, 3503, 3504, 3900, 4408, 4726, 4727, 4730, 5030, 5051, and 5098.

DONE AND ORDERED in Chambers, in Miami, Florida, this ____ day of April, 2011.

                                                                                  THE HONORABLE ALAN S. GOLD
                                                                                  UNITED STATES DISTRICT JUDGE

cc
All counsel of record